# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-FLINT

IN RE:  CHAPTER 13
Michael Jon Wilson  CASE NO: 20-30471
  JUDGE: Joel D. Applebaum

      **Debtor**
_____/

## ORDER ADJOURNING CONFIRMATION HEARING

IT IS HEREBY ORDERED that the Confirmation Hearing shall be adjourned to August 11, 2020 at 9:00 a.m.

IT IS FURTHER ORDERED that this case may be confirmed prior to the adjourned date upon the approval of objecting creditors and the Chapter 13 Trustee.

IT IS FURTHER ORDERED that Debtor's counsel shall serve a copy of the entered order on the Debtor and any interest parties as applicable within 7 days.

**Signed on July 17, 2020**



/s/ Joel D. Applebaum
_____
**Joel D. Applebaum**
**United States Bankruptcy Judge**